# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**JAMIL E. EZZO,**

**Plaintiff,**

**-vs-** **Case No. 2:09-cv-159-FtM-29DNF**

**GOOGLE, INC., AOL.COM, TIME WARNER, INC., parent company of AOL.com, GETMEQUOTES.COM, Findcosmeticsurgeons.com, DOCTORSAYYES.COM, My Choice Medical Acquisition Sub, Inc. , FINDYOURPLASTICSURGEON.COM, Baskettcaseweb Development, IENHANCE.COM, Plasticsurgery.com, PLASTICSURGERY.ORG, American Society of Plastic Surgeons, YELLOWBOOKLEADS.COM,**

**Defendants.**

---

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

**MOTION:** **MOTION TO JOIN PARTY (Doc. No. 24)**

**FILED:** **April 20, 2009**

---

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The Plaintiff, Jamil Ezzo is requesting leave to join a party. The Plaintiff lists the party he wishes to join. If the Plaintiff wishes to join a party, then he must request leave to file an amended complaint and state the reasons why this party should be joined in this action. In addition, the Plaintiff

must attach a copy of the amended complaint to his motion, so that the Court and opposing parties may review the amended complaint and determine if there are sufficient allegations against this new party. The Court directs the Plaintiff to review Federal Rules of Civil Procedure 15 and 19.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 11th day of May, 2009.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record