**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**JAMIL E. EZZO,**

                **Plaintiff,**

-vs-                                                  Case No.  2:09-cv-159-FtM-29DNF

**GOOGLE, INC., AOL.COM, TIME WARNER, INC., parent company of AOL.com, GETMEQUOTES.COM, Findcosmeticsurgeons.com, DOCTORSAYYES.COM, My Choice Medical Acquisition Sub, Inc. , FINDYOURPLASTICSURGEON.COM, Baskettcaseweb Development, IENHANCE.COM, Plasticsurgery.com, PLASTICSURGERY.ORG, American Society of Plastic Surgeons, YELLOWBOOKLEADS.COM and AMERICAN SOCIETY OF PLASTIC SURGEONS,**

                **Defendants.**
_____

# ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **APPLICATION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST ACQUISITION SUB, INC., FINDCOSMETICSURGEONS.COM (Doc. No. 51)** |
| **FILED:** | September 25, 2009 |
| | **THEREON** it is **ORDERED** that the motion is **DENIED**. |

| |
|---|
| **MOTION:** **APPLICATION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST FINDYOURPLASTICSURGEON.COM (Doc. No. 52)** |
| **FILED:** **September 25, 2009** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. |

| |
|---|
| **MOTION:** **APPLICATION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST YELLOW BOOK USA, INC. (Doc. No. 53)** |
| **FILED:** **September 25, 2009** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. |

The Plaintiff, Jamil W. Ezzo is requesting that the Court enter defaults and default judgments against the Defendants, Acquisition Sub, Inc., Findcosmeticsurgeons.com, Yellow Book USA, Inc., and Findyourplasticsurgeon.com. Pursuant to Fed.R.Civ.P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The Court first must verify that a defendant has been properly served.

In the Complaint (Doc. 1), Acquisition Sub, Inc. is not listed in the caption of the case. Further, the only Proof of Service (Doc. 46) that the Court found in the file that may relate is a proof of service on Gregory J. Powers, Powers Acuisition [sic], Inc., however, this name does not match the name Acquisition Sub, Inc. or Findcosmeticsurgeons.com. The Court does not find that this Defendant or Defendants were properly served and therefore, a default against them is not appropriate.

In the Complaint (Doc. 1), the Defendant Yellow Book USA, Inc. is not listed in the caption of the case. Further, the Plaintiff served Yellow Book Leads.com (See, Doc. 50) which does not match the name, Yellow Book USA, Inc. The Court does not find that this Defendant was properly served and therefore, a default against it is not appropriate.

The Plaintiff is requesting that a default be entered against Findyourplasicsurgeon.com. On May 8, 2009, this Defendant filed an Answer (Doc. 34). Therefore, this Defendant did not fail to respond to the Complaint, and a default is not appropriate.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this ___13th___ day of October, 2009.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record